# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Juan Manuel Ibarra Perez

**Plaintiff,**

**V.**

Warden Otay Mesa Detention Center

**Defendant.**

**Civil Action No.** 26-cv-4448-LL-MMP

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This Court DENIES AS MOOT Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241. This case is hereby closed.

**Date:** 10/19/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy